DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLIVER S. STEEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D18-467 and 4D18-498

[May 17, 2018]

Consolidated appeals from order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 89-26582CF10B.

Oliver S. Steel, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***